UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kimling Atherley
_____

_____
Write the full name of each plaintiff.

-against-

New York City Department of Education; and Colin
_____

Caldwell, Reassigned Teacher Supervisor
_____

_____
Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

_____CV_____
(Include case number if one has been
assigned)

Do you want a jury trial?
☒ Yes      ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Kimling | C | Atherley |
|---|---|---|
| First Name | Middle Initial | Last Name |

1322 Maple Terrace
_____
Street Address

| Union, Rahway | NJ | 07065 |
|---|---|---|
| County, City | State | Zip Code |

| (347) 512-4944 | katherley69@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:   New York City Department of Education c/o Corporation Counsel
_____
Name
for the City of New York - 100 Church Street
_____
Address where defendant may be served

| New York, New York | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:   Colin Caldwell, Reassigned Teacher Supervisor
_____
Name
100 Gold Street Fl. 4
_____
Address where defendant may be served

| New York, New York | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                    State              Zip Code

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

New York City Department of Education/ MS 301
_____
Name

131 Livingston Street/ 31 New York Avenue
_____
Address

Kings, Brooklyn                    NY                    11201/11216
_____
County, City                    State              Zip Code

## III.   CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race:   African American
_____

☐ color:   _____

☐ religion:   _____

☐ sex:   _____

☐ national origin:   _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☒ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: Asthma and Arthritis

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: Asthma and Arthritis

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☐   terminated my employment

☐   did not promote me

☒   did not accommodate my disability

☒   provided me with terms and conditions of employment different from those of similar employees

☒   retaliated against me

☐   harassed me or created a hostile work environment

☒   other (specify):    Brought 3020-a Charges against me. Denied per session and after school opportunities

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Please see attached addendum.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.     ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

⊠   Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   4/28/2022

☐   No

Have you received a Notice of Right to Sue from the EEOC?

⊠   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?   11/02/2022

When did you receive the Notice?   11/6/2022

☐   No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☐   direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

⊠   direct the defendant to reasonably accommodate my disability

⊠   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Drop the 3020-a charges; compensate me for lost pensionable income (per session and after school opportunities) and emotional distress damages.

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/7/2022 | | s/ Kimling Atherley |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Kimling | C | Atherley |
| First Name | Middle Initial | Last Name |
| 1322 Maple Terrace | | |
| Street Address | | |
| Union, Rahway | NJ | 07065 |
| County, City | State | Zip Code |
| (347) 512-4944 | | katherley69@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

### Addendum to Federal Complaint for Kimling Atherley @ 12/7/2022

1. I have been employed as a common branch teacher with the New York City Department of Education ("NYCDOE") for nearly 25 years, beginning in 1998.

2. I believe I have been the subject of age and race and disability discrimination.

3. I am presently 53 years of age and of the black race. I also suffer from disabilities based on asthma and arthritis.

4. I worked as a teacher at MS 301 in Brooklyn for about 19 years until April 19, 2019, at which point I was served 3020-a charges and was reassigned, until January 7, 2022, when I was returned to my duties at MS 301.  At the time of my reassignment, my principal was Acting Principal Troutman and Assistant Principal Hazelwood.

5. I was the UFT chapter leader at the school for approximately 7 years at the time I was reassigned from my duties. During my time as UFT chapter leader, I spoke up for colleagues suffering race discrimination and retaliation on behalf of a Native Amercian teacher and have been retaliated as a result of speaking up on abuse on a student with disabilities and about racial discrimination, and helped file grievances on their behalf.

6. I was initially reassigned to 131 Livingston Street from April 2018 until December 16, 2019, when I was reassigned to 65 Court Street by OPI manager Colin Caldwell.  I objected to that assignment based on the need for reasonable accommodations due to my arthritis disabilities.  Mr. Caldwell failed to accommodate my disabilities.

7. Prior to being reassigned from MS 301 in 2018, I received reasonable accommodations due to my arthritis.

8.  On or about February 7, 2020, I filed a UFT grievance against OPI manager Colin Caldwell for discrimination and retaliation and failing to accommodate my disabilities, when he started docking time from my CAR balance.

9.  At the beginning of the COVID-19 pandemic another reassigned teacher and myself both contracted COVID-19 while reassigned to 65 Court Street. I believe that I contracted Covid at 65 Court Street due to poor health and safety conditions at the facility, including poor ventilation.

10. After the COVID-19 pandemic started in March 2020, I called remotely each day and had no issues, until I was told to return to 65 Court Street in Brooklyn in September 2021.  I was the only person reassigned back to 65 Court Street, while all other reassigned teachers were allowed to return to 131 Livingston Street.

11. I believe Colin Caldwell has retaliated against me by refusing to reassign me back to 131 Livingston Street after I complained about the health and safety conditions at 65 Court Street. In fact, a Caucasian teacher that was also reassigned to 65 Court Street asked for a reasonable accommodation to be transferred back to 131 Livingston and her request was granted while my request was denied.

12. I received my Section 3020-a decision on January 5, 2022, issuing me a small fine and returning to me my duties at MS 301.

13. I received a disciplinary non file letter from the Superintendent, dated February 2, 2022 and received February 7, 2022, with allegations by OPI Colin Cadlwell that I changed my reassigned location without his permission.  The location I had been assigned to was unsafe for health and safety reasons, as I had told him several times, and he did not timely respond

to my complaints about the lack of safety at that location.  Four other Caucasian teachers were not assigned to 65 Court Street.

14. On February 3, 2022, I was reassigned back to my teaching duties at MS 301 effective February 6, 2022.

15. On February 14, 2022, I filed a disability and racial discrimination complaint with the NYCDOE's OEO office against DOE OPI manager Colin Caldwell.

16. On April 27, 2022, I received a letter suspending me from my duties effective April 28, 2022.   I was removed from my teaching duties for one school day and then was sent back to MS 301 to continue my teaching duties.

17. I believe I have been discriminated and retaliated against by OPI manager Colin Caldwell and the DOE based on failure to reasonably accommodate my disabilities and failure to address my safety and health concerns at 65 Court Street, and by retaliating against me for complaining about my disabilities and health and safety concerns not being accommodated, and treating me differently by accommodating similarly situated reassigned Caucasian teachers by allowing them to return to 131 Livingston Street after teachers returned from the pandemic.

18. I believe I have suffered additional retaliation since I filed the SDHR complaint on April 28, 2022.

19. I received Section 3020-a charges on May 5, 2022, while teaching at MS 301.

20. I have continued teaching with a full teaching program at MS 301 for the 2022-23 school year.

21. Because of my pending Section 3020–a charges and the associated problem code, I am prohibited from and unable to do per session and after school pensionable opportunities,

including proctoring, test grading, and professional development opportunities.  I proctored a test last spring and was told I could not get paid because of the problem code, and I continue to be excluded from valuable pensionable opportunities as I near my retirement age.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/02/2022

**To:** Kimling Atherley
1322 Maple Terrace
Rahway, NJ 07065

Charge No: 16G-2022-01983

EEOC Representative and email:   Holly Shabazz
S/L Program Manager
HOLLY.SHABAZZ@EEOC.GOV

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: Charging Party wishes to pursue matter in Federal District Court.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Timothy Riera
11/02/2022

Timothy Riera
Acting District Director

## New York State Division of Human Rights
## Employment Complaint Form

Although workers, interns and volunteers of all ages are protected, you must be 18 years or older to file a complaint.  A parent, guardian or other person having legal authority to act in the minor's interests must file on behalf of a person under the age of 18.

**1. Your contact information:**

First Name Kimling

Middle Initial/Name C

Last Name Atherley

Street Address/ PO Box 1322 Maple Terrace

Apt or Floor #:

City Rahway

State NJ

Zip Code 07065

If you are filing on behalf of another, provide the name of that person:

Date of birth:

Relationship:

**2. Regulated Areas:** Check the area where the discrimination occurred:

(If you wish to file against multiple entities, for example employer and temp agency, please file a separate complaint against each.)

- ☑ Employment *(including paid internship)*
- ☐ Internship *(unpaid)*
- ☐ Contract Work *(independent contractor, or work for a contractor)*
- ☐ Volunteer Position
- ☐ by a Labor Organization
- ☐ Apprentice Training
- ☐ by a Temp or Employment Agency
- ☐ Licensing

**3. You are filing a complaint against:**

Employer, Worksite, Agency or Union Name

New York City Department of Education

Street Address/ PO Box

65 Court Street

City Brooklyn

State NY

Zip Code 11201

Telephone Number:

In what *county or borough* did the violation take place?

New York County

Individual people who discriminated against you:

Name:  Colin Caldwell

Title:  Reassigned Teacher Supervisor

Name:

Title:

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing)*:

The most recent act of discrimination happened on:

| 2 | 2 | 2022 |
|---|---|---|
| month | day | year |

**5. For employment and internships, how many employees does this company have?**

- ☐ 1-14
- ☐ 15-19
- ☑ 20 or more
- ☐ Don't know

**6. Are you currently working for this company?**

| ☑ Yes.  Date of hire: | 9 | | 1996 | What is your position? |
|---|---|---|---|---|
| | month | day | year | Teacher |
| ☐ No.  Last day of work: | ____ | ____ | ____ | What was your position? |
| | month | day | year | |
| ☐ I was never hired. | ____ | ____ | ____ | What position did you apply for? |
| Date of application: | month | day | year | |

**7. Basis of alleged discrimination**:

Check **_ONLY_** the boxes that you believe were the reasons for discrimination, and fill in specifics only for those reasons. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| ☐ **Age**: | ☐ **Familial Status**: |
|---|---|
| Date of Birth: _____ | |
| ☐ **Arrest Record** | ☐ **Military Status**: |
| | ☐ Active Duty   ☐ Reserves   ☐ Veteran |
| ☐ **Conviction Record** | ☐ **Marital Status** |
| | ☐ Single   ☐ Married   ☐ Separated |
| | ☐ Divorced   ☐ Widowed |
| ☐ **Creed/ Religion**: | ☐ **National Origin**: |
| Please specify: _____ | Please specify: _____ |
| ☑ **Disability**: | ☐ **Predisposing Genetic Characteristic**: |
| Please specify: Asthma and Arthritis | |
| ☐ **Domestic Violence Victim Status** | ☐ **Pregnancy-Related Condition**: |
| | Please specify: _____ |
| ☐ **Gender Identity or Expression, Including the Status of Being Transgender** | ☐ **Sexual Orientation**: |
| | Please specify: _____ |
| ☑ **Race/Color or Ethnicity**: | ☐ **Sex**: |
| Please specify: African American | Please specify: _____ |
| ☐ Trait historically associated with race such as hair texture or hairstyle | Specify if the discrimination involved: |
| | ☐ Pregnancy   ☐ Sexual Harassment |

☐ **Use of Guide Dog, Hearing Dog, or Service Dog**

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

Filed UFT grievance re race February 7, 2020

☑ **Retaliation**: How did you oppose discrimination: _____

If you believe you were discriminated against because of your relationship or association with a member or members of a protected category listed above, indicate the relevant category(ies) above, and check below.

☐ **Relationship or association**

**Continued: 4. Witnesses** *(information about witnesses may be shared with the parties as necessary for the investigation)* The following people saw or heard the discrimination and can act as witnesses:

Name: Norman                                 Title: Reassigned teacher at 131 Livingston Street

Telephone Number:   (718) 986-3492                          Relationship to me:

What did this person witness?

Another African American teacher discriminated against by Colin Caldwell.

**8. Acts of alleged discrimination**: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☑ Gave me a disciplinary notice or negative performance review | ☑ Denied my request for an accommodation for my disability, or pregnancy-related condition | ☐ Sexual harassment |
| ☐ Fired me/laid me off | ☑ Suspended me | ☐ Denied me an accommodation for domestic violence | ☑ Harassed or intimidated me on any basis indicated above |
| ☐ Demoted me | ☐ Did not call back after lay-off | ☐ Denied me an accommodation for my religious practices | ☐ Denied services or treated differently by a temp or employment agency |
| ☐ Denied me promotion/ pay raise | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Denied me leave time or other benefits | ☐ Denied a license by a licensing agency |
| ☐ Denied me training | ☑ Gave me different or worse job duties than other workers doing the same job | ☐ Discriminatory advertisement or inquiry or job application | ☑ Other: Filed 2 sets of OSI complaints |

## 9. Description of alleged discrimination

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

See attached addendum

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.*  **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

## Signature (Declaration or Oath)

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex·relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)
**PLEASE INITIAL** ___4A___

Human Rights Law § 297.1 requires that a complaint filed with the Division of Human Rights must be "under oath or by declaration." **You must complete either the "declaration" or "oath" sections below.** The declaration requires only your signature and does not need to be notarized. The oath requires that you sign it before a notary.

### DECLARATION

I affirm this _28th_ day of _Apr_ (month), _2022_ (year) at _New York_ (city), _NY_ (state), under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

_____
[Complainant name]

### OATH

STATE OF NEW YORK     )
COUNTY OF _New York_ )  SS:

_Kimling Atherley_____, being duly sworn, deposes and says: that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and knows the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believes the same to be true.

_____
Complainant signature

Subscribed and sworn to
before me this _28th_ day
of _April_ , _2022_

_____
Signature of Notary Public

RACHEL BADAL
Notary Public, State of New York
No. 01BA6087097
Qualified in Kings County
Commission Expires Feb. 10, 2025

*Please note: Once this form is completed and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

**Additional Information, Page 1:** *This page is for the Division's records and **will not be sent to the company or person(s) whom you are filing against**.*

### 1. Contact information

| | |
|---|---|
| **My primary telephone number:** | (347) 512-4944 |
| **My secondary telephone number:** | |
| **My date of birth:** | 2/18/1969 |
| ***(Required)* My email address:** | katherley69@gmail.com |

*The Division uses email, whenever possible, to communicate with the parties to complaints. This avoids delays and lost mail, and increases the efficiency of Division case processing. Therefore, you are required to provide an email address, if you have one, and to keep us advised of any change of your email address. The Division will not use your email address for any non-case related matters.*

Contact person *(Someone who does not live with you but will know how to contact you if we cannot reach you)*

| | |
|---|---|
| **Contact person's name:** | Antionette Atherley |
| **Contact person's telephone number:** | (347) 721-8421 |
| **Contact person's address** | 230 Quincy Street, Brooklyn, NY 11216 |
| **Contact person's email address:** | |
| **Contact person's relationship to me:** | Sister |

### 2. Special needs: I am in need of:

- ☐ Interpretation (if so what language?): _____
- ☐ Accommodations for a disability: _____
- ☐ Privacy. Keep my contact information confidential as I am a victim of domestic violence
- ☐ Other: _____

### 3. Settlement / Conciliation: To settle this complaint, I would accept:

*(Explain what you want to happen as a result of this complaint. Do you want a letter of apology, job offer, return to the job, an end to the harassment, compensation, etc.?)*

An end to the discrimination, Colin Caldwell to be removed from his position, emotional distress damages.

### 4. Witnesses *(information about witnesses may be shared with the parties as necessary for the investigation)* The following people saw or heard the discrimination and can act as witnesses:

Name: Ivy _____  Title Reassigned teacher at 131 Livingston Street
Telephone Number: 718-502-7627 _____  Relationship to me: _____
What did this person witness?
Another African American teacher that Colin Caldwell discriminated against.

Name: Stacy Prispouris _____  Title: Reassigned teacher at 131 Livingston Street
Telephone Number: 718-986-3492  Relationship to me: _____
What did this person witness?
A Caucasian teacher originally reassigned to 65 Court Street and asked for an accommodation to report to 131 Livingston Street for health reasons and it was granted. While my request was denied.

**Additional Information, Page Two**

**5. Did you report or complain about the discrimination to someone else?** ☑ Yes ☐ No

**If yes, how exactly did you complain about the discrimination?** *(To whom did you complain?)*

On February 7, 2020, I complained to the UFT and my Union Rep. Ms. Rivera filed UFT grievance against Colin Caldwell on my behalf.

**Date you reported or complained about discrimination:**

| 2 | 7 | 2020 |
|---|---|------|
| month | day | year |

**What happened after you complained?**

Retaliated against by Mr. Colin Caldwell.

**If you did not report the discrimination, please explain why:**

**6. Were other people treated the same as you? How?**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

Other African American teachers like myself were also reassigned to 65 Court Street, such as Ivy and Norman.

**7. Were other people treated better than you? How?**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

Stacy Prispouris a Caucasian teacher reassigned to 65 Court Street was granted a medical accommodation to be reassigned to 131 Livingston Street.

**Addendum to SDHR Complaint against Employer NYCDOE for Kimling Atherley @ 4/27/22**

1. I have been employed as a common branch teacher with the New York City Department of Education ("NYCDOE") for nearly 25 years, beginning in 1998.

2. I believe I have been the subject of age and race and disability discrimination.

3. I am presently 53 years of age and of the black race. I also suffer from disabilities based on asthma and arthritis.

4. I worked as a teacher at MS 301 in Brooklyn for about 19 years until April 19, 2019, at which point I was served 3020-a charges and was reassigned, until January 7, 2022, when I was returned to my duties at MS 301.  At the time of my reassignment, my principal was Acting Principal Troutman and Assistant Principal Hazelwood.

5. I was the UFT chapter leader at the school for approximately 7 years at the time I was reassigned from my duties. During my time as UFT chapter leader, I spoke up for colleagues suffering race discrimination and retaliation on behalf of a Native Amercian teacher and have been retaliated as a result of speaking up on abuse on a student with disabilities and about racial discrimination, and helped file grievances on their behalf.

6. I was initially reassigned to 131 Livingston Street from April 2018 until December 16, 2019, when I was reassigned to 65 Court Street by OPI manager Colin Caldwell.  I objected to that assignment based on the need for reasonable accommodations due to my arthritis disabilities.  Mr. Caldwell failed to accommodate my disabilities.

7. Prior to being reassigned from MS 301 in 2018, I received reasonable accommodations due to my arthritis.

8.  On or about February 7, 2020, I filed a UFT grievance against OPI manager Colin Caldwell for discrimination and retaliation and failing to accommodate my disabilities, when he started docking time from my CAR balance.

9.  At the beginning of the COVID-19 pandemic another reassigned teacher and myself both contracted COVID-19 while reassigned to 65 Court Street. I believe that I contracted Covid at 65 Court Street due to poor health and safety conditions at the facility, including poor ventilation.

10. After the COVID-19 pandemic started in March 2020, I called remotely each day and had no issues, until I was told to return to 65 Court Street in Brooklyn in September 2021.  I was the only person reassigned back to 65 Court Street, while all other reassigned teachers were allowed to return to 131 Livingston Street.

11. I believe Colin Caldwell has retaliated against me by refusing to reassign me back to 131 Livingston Street after I complained about the health and safety conditions at 65 Court Street. In fact, a Caucasian teacher that was also reassigned to 65 Court Street asked for a reasonable accommodation to be transferred back to 131 Livingston and her request was granted while my request was denied.

12. I received my Section 3020-a decision on January 5, 2022, issuing me a small fine and returning to me my duties at MS 301.

13. I received a disciplinary non file letter from the Superintendent, dated February 2, 2022 and received February 7, 2022, with allegations by OPI Colin Cadlwell that I changed my reassigned location without his permission.  The location I had been assigned to was unsafe for health and safety reasons, as I had told him several times, and he did not timely respond

to my complaints about the lack of safety at that location.  Four other Caucasian teachers were not assigned to 65 Court Street.

14. On February 3, 2022, I was reassigned back to my teaching duties at MS 301 effective February 6, 2022.

15. On February 14, 2022, I filed a disability and racial discrimination complaint with the NYCDOE's OEO office against DOE OPI manager Colin Caldwell.

16. On April 27, 2022, I received a letter suspending me from my duties effective April 28, 2022.

17. I believe I have been discriminated and retaliated against by OPI manager Colin Caldwell and the DOE based on failure to reasonably accommodate my disabilities and failure to address my safety and health concerns at 65 Court Street, and by retaliating against me for complaining about my disabilities and health and safety concerns not being accommodated, and treating me differently by accommodating similarly situated reassigned Caucasian teachers by allowing them to return to 131 Livingston Street after teachers returned from the pandemic.