UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMLING ATHERLEY, <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION; and COLIN CALDWELL, Reassigned Teacher Supervisor, <br><br> Defendants. | **ORDER** <br><br> 23 Civ. 383 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiff, who is proceeding pro se, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants New York City Department of Education and Colin Caldwell. Plaintiff is directed to serve the summons and complaint on each Defendant within ninety days of the issuance of the summonses. If within those ninety days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Federal Rule of Civil Procedure 4(m) for failure to timely serve or Rule 41(b) for failure to prosecute.

Dated: New York, New York
       February 10, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge