UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMLING ATHERLEY,

                       Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; and COLIN CALDWELL, Reassigned Teacher Supervisor,

                       Defendants.

**ORDER**

23-CV-383 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

    Plaintiff is reminded that the deadline to serve and file an affidavit of service with the Court according to Federal Rule of Civil Procedure 4(m) and the Court's previous order at ECF No. 6 is **May 15, 2023**. Failure to serve by the deadline or request an extension may lead to dismissal under Rule 4(m) or Rule 41(b) for failure to prosecute.

    The Initial Case Management Conference scheduled on **Thursday, April 27, 2023 at 10:00 a.m.,** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is rescheduled to **August 22, 2023 at 11:45 a.m**. Please plan to arrive at the courthouse early enough to clear security, so that the conference can begin promptly. By **August 15, 2023,** the parties are directed to each complete the Proposed Case Management Plan for Pro Se Cases available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=1342. Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit, and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff. The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200,

New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail) instead of by regular mail), she may consent to electronic service by filing a Pro Se Consent & Registration Form to Receive Documents Electronically, available in the Pro Se Intake Unit or at http://nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it via ECF.

**The Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
April 25, 2023

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge