```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMLING ATHERLEY,

                              Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION; and COLIN CALDWELL, Reassigned Teacher Supervisor,

                              Defendants.

**ORDER**

**23-CV-383 (JGLC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

       The parties appeared for a case management conference on November 9, 2023. As discussed at the conference, Plaintiff is granted two additional weeks to serve their initial disclosures, *nunc pro tunc*. Plaintiff shall serve their initial disclosures on Defendants by **Wednesday, November 22, 2023.** The parties shall file a joint status letter by **Monday, January 8, 2024**, to provide an update on the progress of discovery and the disposition of the pending 3020 actions.

Dated: New York, New York
November 9, 2023

                                      SO ORDERED.

                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge