UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMLING ATHERLEY,<br><br>                                    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OFEDUCATION; and COLIN CALDWELL, Reassigned Teacher Supervisor,<br><br>                                    Defendants. | 23-CV-383 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In the Court's September 5, 2024 Order, the Court ordered Plaintiff to file the addendum to her Amended Complaint with the Court by no later than September 16, 2024. ECF No. 47. The deadline has passed.

Accordingly, Ms. Atherley is ORDERED to file the addendum to her Amended Complaint by no later than **November 8, 2024**. If Ms. Atherley fails to file the addendum to her Amended Complaint by **November 8, 2024**, the Court will dismiss this case for failure to prosecute. The Clerk of Court is directed to serve a copy of this Order on Ms. Atherley.

Dated: October 10, 2024
           New York, New York

                                                                        SO ORDERED.

                                                                        *Jessica Clarke*

                                                                        JESSICA G. L. CLARKE
                                                                        United States District Judge